IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Judith Stepp, | ) |
| | ) C/A No. 1:17-771-MBS |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **O R D E R** |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Plaintiff Judith Stepp brought this action to obtain judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's application disability insurance benefits. On January 3, 2018, the court reversed the decision of the Commissioner and remanded the action pursuant to sentence four of 42 U.S.C. § 405(g).

This matter now is before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), which motion was filed March 26, 2018. Counsel moves for attorneys' fees in the amount of $3,117.19 and expenses in the amount of $21.83. On April 6, 2018, the Commissioner filed a response indicating that she does not object to Plaintiff's request. Accordingly, Plaintiff's motion for fees under the EAJA (ECF No. 20) is **granted** in the amount of $3,139.02 ($3,117.19 + $21.83), to be paid in accordance with the procedures set forth in the Commissioner's response (ECF No. 21).

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
April 10, 2018